Ex. Nos. 1313, 1314, 1315. STATE *v.* DAVID A. JEFFREY. Motion of defendant to withdraw appeal granted. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Hodosh, Spinella, Hodosh & Angelone, Thomas C. Angelone,* for defendant.

Ex. No. 1762. STATE *ex rel.* WILLIAM E. RADICAN *v.* GUY R. BERKER. Defendant's motion for recusal is denied. *State v. Storms,* 112 R. I. 454, 311 A.2d 567 (1973). Doris, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General for plaintiff. *Aram K. Berberian,* for defendant.

APPEAL No. 1925. ANTONIO PARRILLO *et ux. v.* DIRECTOR OF PUBLIC WORKS FOR STATE OF RHODE ISLAND. Petition for reargument denied. Joslin, J., not participating. *Jackvony & De Conti, Louis M. Cioci,* for plaintiffs-respondents. *Stephen F. Mullen,* Chief Special Counsel, Department of Transportation, for defendant-petitioner.